LAW OFFICES OF ELSAMBOLY HAKIM
8730 WILSHIRE BLVD. SUITE 500
BEVERLY HILLS CALIFORNIA
T: (310) 289-9100

SHARONA ESLAMBOLY HAKIM, ESQ. (SBN 180998)
ARMIN ABAZARI, DPM, ESQ. (SBN 335410)
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
8730 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310) 289-9100
Facsimile: (310) 289-9101
eSERVICE:
sharona@sehlawfirm.com
armin@sehlawfirm.com
geoffrey@sehlawfirm.com
jmartinez@sehlawfirm.com
eduardom@sehlawfirm.com
Attorneys for Plaintiff,
IRENE COMPUESTO

RILEY SAFER HOLMES & CANCILA LLP
KATHLEEN A. STIMELING (CSB No. 209226)
kstimeling@rshc-law.com
JOSHUA L. ROQUEMORE (CSB No. 327121)
jroquemore@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE COMPUESTO,<br>Plaintiff,<br>v.<br>RYOBI LIMITED, ET AL.,,<br>Defendants. | Case No. 2:26–CV–01500–TLN–SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO LIMIT PLAINTIFF IRENE COMPUESTO'S DAMAGES AND REMAND BACK TO STATE COURT** |

LAW OFFICES OF ELSAMBOLY HAKIM
8730 WILSHIRE BLVD. SUITE 500
BEVERLY HILLS CALIFORNIA
T: (310) 289-9100

## ORDER GRANTING JOINT STIPULATION

The Court, having considered the Joint Stipulation to Limit Plaintiff Irene Compuesto's Damages and Remand Back to State Court (the "Stipulation") filed by Plaintiff Irene Compuesto ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Home Depot") (collectively referred to as the "Parties"), and good cause appearing therefor, ORDERS as follows:

1. The Stipulation is APPROVED.

2. Pursuant to the Stipulation, Plaintiff's total recovery on all claims asserted or that could have been asserted in this action arising out of the incident, product, and injuries alleged in the Complaint, against all Defendants combined—including Home Depot U.S.A., Inc., Ryobi Limited, TTI Consumer Power Tools, Inc., and Does 1 to 25, whether served before or after remand—is LIMITED to, and shall not exceed, $74,999.99 in the aggregate. Plaintiff shall not seek, accept, or enforce any judgment or award in excess of that amount, and any judgment shall be entered in an amount no greater than $74,999.99.

3. In light of Plaintiff's limitation of her recoverable damages to an amount not exceeding $75,000, this action is REMANDED to the Superior Court of the State of California, County of Placer, Case No. S-CV-0055891, pursuant to 28 U.S.C. § 1447(c).

4. Each party shall bear its own attorneys' fees and costs associated with the removal and remand.

5. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Placer County Superior Court and to close this case.

IT IS SO ORDERED.

Dated: November 9, 2026

Troy L. Nunley
Chief United States District Judge